JOHN W. HUBER, United States Attorney (#7226)
DEE W. SMITH, Special Assistant United States Attorney (#8688)
ISAAC WORKMAN, Assistant United States Attorney (#14031)
Attorneys for the United States of America
111 Main Street, Suite 1800
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
dsmith@co.weber.ut.us

FILED
DISTRICT COURT
2019 FEB 13 P 3: 15



SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | : | INDICTMENT |
|---|---|---|
| Plaintiff, | : | VIOLATIONS: |
| v. | : | COUNT 1: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with |
| BRANDON MICHAEL SEXTON, | : | Intent to Distribute. |
| | : | COUNT 2: 21 U.S.C. § 841(a)(1), Possession of Heroin with Intent to |
| Defendant. | : | Distribute. |
| | : | COUNT 3: 18 U.S.C. § 922(g)(1), Felon in Possession of Firearms and |
| | : | Ammunition. |

Case: 1:19-cr-00017
Assigned To : Parrish, Jill
Assign. Date : 2/13/2019
Description: USA v. SEALED

The Grand Jury charges:

## COUNT 1
21 U.S.C. § 841(a)(1)
Possession of Methamphetamine with Intent to Distribute

1

On or about August 15, 2018, in the Northern Division of the District of Utah,

**BRANDON MICHAEL SEXTON,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, 50 grams or more of Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

### COUNT 2
21 U.S.C. § 841(a)(1)
Possession of Heroin with Intent to Distribute

On or about August 15, 2018, in the Northern Division of the District of Utah,

**BRANDON MICHAEL SEXTON,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, Heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

### COUNT III
18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm and Ammunition

On or about August 15, 2018, in the Northern Division of the District of Utah,

**BRANDON MICHAEL SEXTON,**

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting interstate commerce

firearms and ammunition, to wit:

- Smith & Wesson, Model SW40, .40 caliber pistol,
- Taurus, Model Millenium PT132, .32 ACP caliber pistol,
- Kahr, Model CW40, .40 caliber pistol,
- Kimber, Model Ultra Carry II,
- HS products, Model XD9, 9mm caliber pistol,
- DPMS, Panther AR-15,
- Kahr, Model CW9, 9mm pistol,
- HS Products, Model XD40, .40 caliber pistol,
- Chinese, Model SKS, 7.62 X 39 caliber rifle,
- Savage, Model 116, .270 Win caliber rifle,
- Ruger, Model 10-22, .22 caliber rifle,
- Stoeger Arms Corp., Model Luger, .22 caliber pistol,
- H&R 1871, Model Excell, 12 gauge shotgun,
- Kayhan/Kraiav, Model Catamount Lynxx, 12 gauge shotgun,
- Smith & Wesson, Model 66-1, .357 Mag caliber revolver,
- Jimenez Arms, Model J.A., 9mm caliber pistol,
- Smith & Wesson, Model 4006, .40 caliber pistol,
- Walther, Model P99, .40 caliber pistol,
- Ruger, Model P90DC, .45 caliber pistol,

- associated ammunition;

All in violation of 18 U.S.C. § 922(g)(1).

### NOTICE OF INTENT TO SEEK FORFEITURE

As a result of committing the felony offense in Counts 1 and 2, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853 any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said felony offense and any and all property, real or personal, used or intended to be used in any manner or part to commit and facilitate the commission of a violation of 21 U.S.C. § 841(a)(1), and any property traceable thereto, including but not limited to the following:

- $4,966.00 in US currency

A TRUE BILL:

/S/

_____
FOREPERSON OF THE GRAND JURY


JOHN W. HUBER
United States Attorney

_____
DEE W. SMITH
Special Assistant United States Attorney